1 **SARA M. PELOQUIN**
California State Bar No. 254945
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 Sara_Peloquin@fd.org

5 Attorneys for Mr. Martinez-Carranza

8          UNITED STATES DISTRICT COURT

9          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA, | ) | Case No. 08mj1638-JMA |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| PASCUAL MARTINEZ-CARRANZA, | ) | |
| Defendant. | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Sara M. Peloquin, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: June 12, 2008             /s/ *Sara Peloquin*
                                 **SARA M. PELOQUIN**
                                 Federal Defenders of San Diego, Inc.
                                 Attorneys for Mr. Martinez-Carranza

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: June 12, 2008         /s/ Sara Peloquin
                             **SARA M. PELOQUIN**
                             Federal Defenders of San Diego, Inc.
                             225 Broadway, Suite 900
                             San Diego, CA  92101-5030
                             (619) 234-8467  (tel)
                             (619) 687-2666  (fax)
                             Sara_Peloquin@fd.org